UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MY NGOC NGUYEN,<br><br>        Petitioner,<br><br>   v.<br><br>JANET NAPOLITANO, et al.,<br><br>        Respondents. | No. CV 13-4382-BRO (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Dismissing Petition,

    IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

DATED: July 26, 2013

                                    BEVERLY REID O'CONNELL<br>                                    United States District Judge